# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PETER FRAZZETTO, JR.,**

**Plaintiff,**

**-vs-**                                    **Case No.  6:11-cv-1945-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

_____

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for social security benefits (Doc. No. 1).  The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed November 28, 2012 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The decision of the Commissioner is **AFFIRMED**.

3.      The Clerk of the Court is directed to enter judgment in favor of Defendant and against Plaintiff and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of December, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party